| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Scientific Image Center Management, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-5556658 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>100 Kirts Blvd.<br>Suite A<br>Troy, MI ZIP Code 48084 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☑ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Scientific Image Center Management, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> Lifestyle Lift Holding, Inc. | Case Number: <br> 15-44839 | Date Filed: <br> 3/27/15 |
| District: <br> Eastern District of Michigan | Relationship: <br> Affiliate Company | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>      Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>       _____ <br>       (Name of landlord that obtained judgment) <br><br><br>       _____ <br>       (Address of landlord) <br><br> ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| Scientific Image Center Management, Inc. |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X  /s/ Jeffrey H. Bigelman
Signature of Attorney for Debtor(s)

 Jeffrey H. Bigelman P61755
Printed Name of Attorney for Debtor(s)

 OSIPOV BIGELMAN, P.C.
Firm Name

20700 Civic Center Drive, Suite 420
Southfield, MI 48076

_____
Address

                                    Email: yo@osbig.com
 248.663.1800  Fax: 248.663.1801
Telephone Number

 March 27, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ David Kent
Signature of Authorized Individual

 David Kent
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 March 27, 2015
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

1-800-Mini Storage of Troy
2477 West Maple
Troy, MI 48084


1776 Yorktown Ltd.
Attn Property Manager
1776 Yorktown
Suite 145
Houston, TX 77056


2201 Camelback Associates LLC
c/o Alliance Commercial Partners
Attn: Doug McCormack, CFO
165 South Union Boulevard, Suite 510
Denver, CO 80228


323 South Service Road Associates, LLC
c/o T. Weiss Realty Corporation
324 South Service Road
Suite 125
Melville, NY 11747


324 South Service Road Associates, LLC
C/O T. Weiss Realty Corporation
324 South Service Road, Suite 125
Melville, NY 11747


4-L Engineering Company Inc.
420 N. Dorothy Dr.
Richardson, TX 75081


6600 North Andrews Avenue, LLC
CBRE Asset Services
Attn: Millie Munoz Real Estate Manager
6600 N. Andrews Ave., Suite 140
Fort Lauderdale, FL 33309


7700-04 Leesburg Pike Associates LLC
c/o S.C. Herman & Associates, Inc.
1120 Vermont Ave.
Suite 900
Washington, DC 20005


7700-04 Leesburg Pike Associates, LLC
1120 Vermont Avenue, NW, Suite 900
Washington, DC 20005-3532

A&E Lock and Security
5833 Hampton
Saint Louis, MO 63109


A-Active Termite & Pest Control
PO Box 9194
Virginia Beach, VA 23450


AAFPRS Foundation
PO Box 759019
Baltimore, MD 21275


ABC Locksmiths
3981 E. Sunset Road, Suite E
Las Vegas, NV 89120


ABM Janitorial SVCS NEAST Inc.
PO Box 1534
New York, NY 10008


ABM Parking Services 22853538
2201 E. Camelback Rd
Suite 100P
Phoenix, AZ 85016


ABM Parking Services-BH
8484 Wilshire Blvd.
Beverly Hills, CA 90211


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Accreditation Association
for Ambulatory Health Care, Inc.
5250 Old Orchard Road, Suite 200
Skokie, IL 60077


Accurate Surgical & Scientific
Instruments Corp.
300 Shames Drive
Westbury, NY 11590

Acxiom Corporation
4090 Collections Center Drive
Chicago, IL 60693


ADCO - Air Distributing Co., Inc.
10105 Residency Rd.
Manassas, VA 20110


ADP, Inc
PO Box 842875
Boston, MA 02284


Advanced Aesthetic Resources
8111 Lakewood Main St.
Ste. 309
Lakewood Ranch, FL 34202


Advanced Medical Equipment Corporation
37500 Centralmont Place, Ste. C
Fremont, CA 94536


AFC-5
c/o Keleher & McLeod, PA
P.O. Box AA
Albuquerque, NM 87103


AFC-5, LLC
7310 Miramar Road, Suite 500
San Diego, CA 92126


AFC-5, LLC
File 749248
7310 Miramar Road Floor 5
San Diego, CA 92126


Air Texas Mechanical
PO Box 1024
Houston, TX 77253


Airgas USA, LLC - Atlanta
PO Box 532609
Atlanta, GA 30353

Airgas USA, LLC - Chicago
PO Box 802576
Chicago, IL 60680


Airgas USA, LLC - Dallas
PO Box 676015
Dallas, TX 75267


Airgas USA, LLC - Pasadena
PO Box 7423
Pasadena, CA 91109


Alabama Department of Revenue
Business Privilege Tax Section
P.O. Box 327320
Montgomery, AL 36132


Alex's Royal Grill
2495 Livernois
Troy, MI 48083


Alexis C. Osburn
Baker & Hostetler, LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114


Alhambra
PO Box 660579
Dallas, TX 75266


Allergan
12975 Collections Center Drive
Chicago, IL 60693


AllGood Pest Solutions
PO Box 465327
Lawrenceville, GA 30042


Alsco - AZ
4707 W. Camelback Road
Phoenix, AZ 85031

Alsco - SC
4921 Chateau Ave
North Charleston, SC 29405


Alsco - TX
421 Roosevelt Ave
San Antonio, TX 78210


Altman Electric
94 East 4th Street #103
New York, NY 10003


Ana Vargas
c/o Hogan Frick
5626 Curry Ford Road
Orlando, FL 32822


Andrew, Pam
4371 Prairie View Drive South
Jacksonville, FL 32258


Angstadt, Jolan
2 Singing Woods Court
Norwalk, CT 06850


Ann Redner DBA Ann Redner Creative
1688 Christian Hills Drive
Rochester, MI 48309


Anydev
462 Cliff Dr. # 6
Laguna Beach, CA 92651


Approved Storage & Waste Hauling, Inc
110 Edison Avenue
Mount Vernon, NY 10550


AQI Services, LLC
P O Box 269
Chatsworth, GA 30705


Aramark Refreshment Services
ATTN: National Accounts AR
5880 Nolensville Pike
Nashville, TN 37211

Aramark Uniform Services
22808 Network Place
Chicago, IL 60673


Arboretum at Weston Holdings, LLC
c/o Clarion Partners
1440 New York Park Ave., NW
Suite 200
Washington, DC 20005


Arboretum at Weston Holdings, LLC
PO Box 905740
Charlotte, NC 28290


Arcadia Cleaners
4522 North 40th Street
Phoenix, AZ 85018


Arnold, Valerie
1642 E Heather Drive
San Tan Valley, AZ 85140


Ascentium Capital
P. O. Box 301593
Dallas, TX 75303


Associated Medical Services, Inc.
PO Box 1285
Brentwood, TN 37024


AT&T
208 South Akard Street
Dallas, TX 75202


Atlanta Surgical Group
700 Galleria Office Pkwy SE
Suite 350
Atlanta, GA 30339


Atlanta Surgical Group, P.C.
3200 Cobb Galleria Parkway
Suite 205
Atlanta, GA 30339

Augustine Exterminators
9280 Flint
Overland Park, KS 66214


AVG Technologies Canada Inc
300-309 Legget Drive
Ottawa, Ontario K2K3A3, CA


Baker Dennard & Goetz, Inc.
3424 Peachtree Road NE
Suite 1225
Atlanta, GA 30326


Baltimore Plastic Surgery Group PC
100 Kirts Blvd.
Troy, MI 48084


Bank of America
as Trustee for Bank of America Pension
Attn: Mr. Addison B. Causey, Jr.
101 South Tryon Street, 11th Floor
Charlotte, NC 28255


Banyan International Corporation
DEPT CH 14388
Palantine, IL 60055-4388


Barbara Barrel c/o
John Hessburg
One Woodward Ave, Suite 240
Detroit, MI 48226-5485


Baton Rouge Surgical, P.A.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Bay Dermatology and Cosmetic Surgery
34941 US 19 N
Palm Harbor, FL 34684


Bellevue Main LLC
c/o Wallace Properties, Inc.
330 112th Avenue NE, Suite 200
Bellevue, WA 98004

Bellevue Main, LLC
C/O Wallace Properties, Inc
330 112th Ave NE, Suite 200
Bellevue, WA 98004


Bennett's Plumbing, Inc.
3030 S. Fairview Street #B
Santa Ana, CA 92704


Bernalillo County Treasurer
Manny Ortiz
Bernalillo County Treasurer
PO Box 269
Albuquerque, NM 87103


Bernalillo Medical Associates
2400 Louisiana Blvd. NE
AFC 5
Suite 540-550
Albuquerque, NM 87110


Bernalillo Medical Associates
2400 Louisiana Blvd. NE
Bldg. 5
Albuquerque, NM 87110


Betancourt, Maria
1832 N Bridgeport Ave
Claremont, CA 91711


Beverly Hills Plastic Surgery Center
8484 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90211


Beyer Mechanical Ltd
4711 Broom St.
San Antonio, TX 78217


Biehler & Harris, LLC
Attn: Gianna M Mendoza
Beall & Biehler
6715 Academy Rd. NE
Albuquerque, NM 87109

Bill Rigsby and Monica Rigsby
c/o Cochran, Cherry, Givens, Smith,
The Candler Building
127 Peachtree Street, NE, Ste 1400
Atlanta, GA 30303


Blue Cross Blue Shield of Michigan
PO Box 674416
Detroit, MI 48267


Bovie Medical Corporation
5115 Ulmerton Rd.
Clearwater, FL 33760


Boza, Jennifer
5704 Olde Mill Court #143
Alexandria, VA 22309


Brandon Pest Control
2941 Dawn Road
Jacksonville, FL 32207


Branson, Charlie
4029A Cedar Lane
Portsmouth, VA 23703


BRI 1845 Yorktown, LLC
C/O Paradise Bank
P.O. Box 272095
Boca Raton, FL 33427


BrightStar Care
1809 N. Mill St
Suite F
Naperville, IL 60563


Broward County Tax Collector
115 S Andrews Avenue
A100
Fort Lauderdale, FL 33301


Brown, Amanda
511 Lovell St
Nashville, TN 37209

Brown, Omar
1823 Crossmill Way
Sacramento, CA 95833


Brown, Tiffaney
508 Jones PL
Walnut Creek, CA 94597


Bucholz, Jennifer
3686 Orchard View Ave
Rochester, MI 48307


Buffalo Filter
5900 Genesee Street
Lancaster, NY 14086


Building Maintenance of Connecticut Inc.
253 Wolfpit Avenue
Norwalk, CT 06851


Burtner Electric Inc.
787 N. 10th Street
Noblesville, IN 46060


Business Communication Systems, Inc.
5670 Eighteen Mile Road
Sterling Heights, MI 48314


C.J. Maintenance, Inc.
9254 Bendix Road
Columbia, MD 21045


Cable One 23456-786886-01-1
PO Box 78407
Phoenix, AZ 85062


CalMed Inc.
P. O. Box 539
North Branford, CT 06471


Camelio, Margaret
154 Annie Lane
Rochester, NY 14626

Canfield Imaging Systems
253 Passaic Ave.
Fairfield, NJ 07004


Cappadonna Electrical Contractors, Inc.
12755 Cogburn
San Antonio, TX 78249


Cappiello-Homsany, Marlo
7305 Conventry Court
Riverdale, NJ 07457


CareerBuilder, LLC
13047 Collection Center Drive
Chicago, IL 60693


CareerNiche Inc
200 East Big Beaver Road
Troy, MI 48083


Carriger Properties, LLC
12315 Hancock St.
Suite 30
Carmel, IN 46032


Carriger Properties, LLC
12315 Hancock St., Suite 30
Carmel, IN 46032


Casanova, Tanya
207 Avenue D
Fort Myers, FL 33912


Cavanaugh, Shannon
14171 Georgian Circle #103
Fort Myers, FL 33912


CC Troy Associates II, LLC
c/o PO Box 636771
Cincinnati, OH 45263

CCBG Real Estate Group, LLC
as receiver for Wichman Corp.
Attn: Dan Henderson, Jr.
P.O. Box 1440
Mount Pleasant, SC 29465


Centra Care
901 N. Lake Destiny Road
Maitland, FL 32751


Central Bio-Medical, Inc.
PO Box 780372
Wichita, KS 67278


CenturyLink
100 CENTURYLINK DRIVE
Monroe, LA 71203


Chait, Jill
3402 E Oraibi Drive
Phoenix, AZ 85050


Charleston County Treasurer
PO Box 100242
Columbia, SC 29202


Charleston Medical Operations, Inc.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Charleston Medical Operations, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Charter Business
PO Box 742614
Cincinnati, OH 45274


Charter Safety International Ltd
100 Kirts Blvd
Troy, MI 48084

Cherry Hills Surgical Professional Assoc
100 Kirts Blvd.
Suite A
Troy, MI 48084


Chiasson, Rachelle
2863 Pine Knoll Dr.
Auburn Hills, MI 48326


Chisholm Plumbing, Inc
PO Box 950236
Oklahoma City, OK 73195


Christine Nakhleh
c/o Suzanne Rand-Lewis
5990 Sepulveda Blvd., Suite 630
Van Nuys, CA 91411


Christopher A. Lodstad
Solomon Grindle Silverman & Wintringer
San Diego, CA 92130


Cincinnati Bell 513-351-0020 823
PO Box 748003
Cincinnati, OH 45274


Cincinnati Medical Group Prof. Corp.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Cintas Corporation
6800 Cintas Blvd
Cincinnati, OH 45262


Cintas Corporation
P.O. Box 635208
Cincinnati, OH 45263


Cintas Document Management
PO Box 633842
Cincinnati, OH 45263

Cintas Fire Protection
PO Box 61555
Fort Myers, FL 33906


Circle 74 - Polvora Advertising Inc.
75 Arlington Street, Suite 500
Boston, MA 02116


Citrus State Surgical Assoc. Prof. Corp.
100 Kirts
Suite A
Troy, MI 48084


City & County of Denver
Treasury Division/Property Tax
PO Box 660860
Dallas, TX 75266


City of Brookfield
2000 N Calhoun Road
Brookfield, WI 53005


City of Hammond
PO box 2788
Hammond, LA 70404


City of Oklahoma City - Utilities
PO Box 26570
Oklahoma City, OK 73126


City of Troy
500 W Big Beaver
Troy, MI 48084


Clarke, Theodore
7262 S Walker Park Lane
Midvale, UT 84047


Cleveland Surgical Associates
6100 Oak Tree Blvd.
Suite 100
Independence, OH 44131

Cobb County Tax Commissioner
P.O. Box 100127
Marietta, GA 30061


Cole, Tiffany
1600 S. Allport Street, Unit 1
Chicago, IL 60608


Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, GA 30046


Collector of Revenue St Louis
PO Box 11491
Saint Louis, MO 63105


Comcast
One Comcast Center
Philadelphia, PA 19103


ComEd
PO Box 6111
Carol Stream, IL 60197


Commercial Service Solutions, LLC
2323 West Mescal
Suite 205
Phoenix, AZ 85029


CompanyKane
2 Enterprise Drive, Suite 303
Shelton, CT 06484


ConEdison
JAF Station
P.O. Box 1702
New York, NY 10116


Consolidated Communications
688248-001
PO Box 30697
Los Angeles, CA 90030

ConsumerAffairs□□
297 Kingsbury Grade□□
Suite 1025□Mailbox 4470□□
Stateline, NV 89449


Core Media Systems
695 Route 46 West
Suite 403
Fairfield, NJ 07004


Coremedia Systems, Inc.□□
695 W Route 46□□
Suite 403□□
Fairfield, NJ 07004


Cornell, Chris□□
11904 NW 136th Circle□□
Piedmont, OK 73078


Coronado Surgery Associates
Rio San Diego Plaza II
2275 Bonito Way
Suite 100
San Diego, CA 92108


Coronado Surgery Associates
c/o Rio San Diego Plaza II
2275 Bonito Way
Suite 100
San Diego, CA 92108


Corporate Center I Limited Partnership
c/o Corporate Office Properties, L.P.
6711 Columbia Gateway Drive, Suite 300
Columbia, MD 21046


Corporate Office Properties, L.P.□□
P.O. Box 824383□□
Philadelphia, PA 19182


County of Orange□□
Attn: Treasurer-Tax Collector□□
PO Box 1438□□
Santa Ana, CA 92702

Cousins Properties Inc.
191 Peachtree Street
Suite 500
Atlanta, GA 30303


Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689


Cox Communications - Tucson
PO Box 53249
Phoenix, AZ 85072


Cox Communications Roanoke
PO box 9001088
Louisville, KY 40290


Craters and Freighters
3495 Minhoma Dr
Memphis, TN 38118


CRP-2 Holdings DD, LLC
c/o Colony Realty Partners, LLC
Attn: Ms. Gina Spiegel
Two International Place, Suite 2500
Boston, MA 02110


CRP-2 Holdings DD, LLC
Financial Plaza Lockbox
P.O. Box 730755
Dallas, TX 75373


Custom Care Cleaners
2792 Cumberland Blvd.
Smyrna, GA 30080


Cynosure, Inc.
5 Carlisle Road
Westford, MA 01886


CYP Owner LLC
c/o Terranove Corp.
1200 Brickell Ave.
Suite 1500
Miami, FL 33131

D&I Mechanical Contractors, Inc.
10815 Beaver Dam Road, Suite I
Cockeysville, MD 21030


Daniel Green
c/o Pavich Law Group, PC
20 S. Clark Street, Suite 700
Chicago, IL 60603


DanSon Inc dba Aegis Protective Service
3033 Robertson Ave
Cincinnati, OH 45209


Danville Area Chamber of Commerce
117 E Town and Country Drive
Danville, CA 94526


David Burget, OBA
Hall Estill Hardwick Gable Golden & Nels
Chase Tower
100 N. Broadway, Ste. 2900
Oklahoma City, OK 73102


David Gray Plumbing, Inc.
6491 Powers Avenue
Jacksonville, FL 32217


David M. Kent
101 W. Big Beaver
Suite 645
Troy, MI 48084


Davis, Gary
2201 Rockbrook Dr
Apt 617
Lewisville, TX 75067


Dearborn National
36788 Eagle Way
Chicago, IL 60678


Delta Dental Plan of Michigan
16082 Collection Center Drive
Chicago, IL 60693

Denise Kelly Voice-Overs INC
5310 18th Street NE
Saint Petersburg, FL 33703


Denver Medical Group
2000 South Colorado Blvd.
Suite A150
Denver, CO 80222


Department of Revenue Services - CT
PO Box 5030
Hartford, CT 06102


Desert Fire Protection LLC
5040 Sobb Ave
Las Vegas, NV 89118


Designs for Vision, Inc.
Attn: Accounts Receivable
760 Koehler Avenue
Ronkonkoma, NY 11779


Dillon, Destiny
2609 Featherstone Road
Apt 255
Oklahoma City, OK 73120


DIS Near Forest Park
2111 Sulphur Avenue
St Louis, MO 63139


DMK Medical
12900 Hall Rd.
Suite 250
Sterling Heights, MI 48313


DMR Creative Services, Inc.
1355 Rubio Street
Altadena, CA 91001


Doan, Stacey
6000 W Mexico Ave
Denver, CO 80232

Doctors Financial Services Ltd
100 Kirts Blvd
Troy, MI 48084


Doeren Mayhew & Co., P.C.
305 West Big Beaver Road
Troy, MI 48084


Doug Belden, Tax Collector
P.O. Box 30012
Tampa, FL 33630


Douglas Emmett 2013, LLC
8484 Wilshire Blvd., Suite M-400
Beverly Hills, CA 90211


Downing Displays
Attn: Carl Heck
550 Techne Center Drive
Milford, OH 45150


Dr. David Kent
100 Kirts Blvd
Troy, MI 48084


Drougas, Kim
89 Collins Street
Danvers, MA 01923


Drury I & S overland Park
Department 0100
10963 Metcalf Avenue
Overland Park, KS 66210


Drury Inn - Troy
575 W Big Beaver Road
Troy, MI 48084


Dual Comfort Heating & Air Conditioning
PO Box 1176
Knightdale, NC 27545


Duke Energy
PO Box 1326
Charlotte, NC 28201

Duke Realty Limited Partnership
c/o Duke Realty Corporation
Attn: Nashville Market
782 Melrose Avenue
Nashville, TN 37211


Duke Realty LP - Franklin
Attn: PBAGC007
75 Remittance Drive, Ste. 3205
Chicago, IL 60675


Duke Realty Ohio
c/o Duke Realty Corporation
Attn: Cleveland Market
6150 Oak Tree Blvd, Suite 550
Independence, OH 44131


Dunbar Armored, Inc.
P.O. Box 64115
Baltimore, MD 21264


Ear, Nose and Throat Group, Inc.
5625 Poplar Avenue
Memphis, TN 38119


East Bay Plastic Surgery Ctr. Prof. Corp
100 Kirts Blvd.
Suite A
Troy, MI 48084


Eastman Fire Protection, Inc
1450 Souter
Troy, MI 48083


EBSCO Reception Room Subscription
PO Box 830460
Birmingham, AL 35283


ECP East Ave. LLC
c/o Edgewood Capital
132 Old Post Road
Southport, CT 06890


Edge Guys
290 Grandle Drive
Carmel, IN 46032

EDGE Systems LLC
2277 Redondo Avenue
Signal Hill, CA 90755


Eduarardo Couttolenc c/o
James Bednar, Esq.
PO Box 1857
Monterey, CA 93942-1857


Edward Gross c/o
1035 Primera Blvd
Lake Mary, FL 32746


Edward J. Gross, M.D., P.L.
c/o Beytin, McLaughlin, McLaughlin O'Har
Centerpointe Two
220 East Central Parkway, Suite 2040
Altamonte Springs, FL 32701


Elizabeth Elbert c/o
James Clark, Esq.
3407 W. Kennedy Blvd
Tampa, FL 33609-2905


Ellinger, Veronica
1045 Commodore St
Clearwater, FL 33755


Elvira Williams c/o
Ben Wells, Esq.
210 E. Third St
Arlington, WA 98223


Environmental Air Conditioning Inc.
8110 Cypress Plaza Drive
Suite 106
Jacksonville, FL 32256


Equipment Service Providers
8415 S. 4300 W.
West Jordan, UT 84088


Euridice Andrade
c/o Collier & Associates
7390 N. W. 5th Street, Suite 10
Fort Lauderdale, FL 33317

European Interpreter Service Inc
8613 Old Kings Road South
Suite 502
FL 33217


ExactTarget, Inc.
26487 Network Place
Chicago, IL 60673


Executive Suites At River Bluff, LP
8050 N Palm Avenue, Suite 300
Fresno, CA 93711


Facility Matrix Group, Inc.
555 Friendly Street
Pontiac, MI 48341


Far East Brokers and Consultants, Inc.
3644 Phillips Highway
Jacksonville, FL 32207


Farhan Taghizadeh, MD


Fastlyne Associates, LLC
28400 Northwestern Hwy
4th floor
Southfield, MI 48034


Fathi, Nastasha
13013 125th Dr NE
Apt A9
Kirkland, WA 98034


Fedelta Care Solutions
155 NE 100th St
Suite 200
Seattle, WA 98125


FedEx
P.O. Box 223125
Pittsburgh, PA 15251

Fenley Brownsboro Suites, LLC
4965 US Highway 42, Suite 1000
Louisville, KY 40222


Finne, Susan
P.O. Box 741
Highland Park, IL 60035


First Choice - AZ
2640 S Industrial Park
Tempe, AZ 85282


Fischer Plumbing
1115 NW 51st St.
Seattle, WA 98107


Fitzhugh's Termite & Pest
PO Box 271563
Oklahoma City, OK 73137


Flores, Valli
621 S Tonopah Dr
Suite 301
Las Vegas, NV 89106


Florida Power & Light Company
FPL
Miami, FL 33188-0001


FMC Investment Opportunities Cleveland
Palatine, IL 60055-9686


Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489


Fort Myers Surgical Associates, P.A.
13421 Parker Commons Blvd.
Suite 101
Fort Myers, FL 33912

Fox Rothschild LLP
PO Box 5231
Princeton, NJ 08543-5231


Franklin Surgical Associates
341 Cool Springs Blvd.
Suite 130
Franklin, TN 37067


Frontier 203-831-0730-051412-5
PO Box 20550
Rochester, NY 14602-0550


Full Service Electric, Inc.
1327 Michigan Ave.
Palm Harbor, FL 34683


G Corp, LLC
PO BOX 721413
Oklahoma City, OK 73172


G-Corp. LLC
P.O. Box 721413
Oklahoma City, OK 73172


Gary Martin c/o
Su Barry
350 10th Ave, suite 880
San Diego, CA 92101


Gary Walton Smith
c/o Belli Weil Grozbean & David, LLC
5208 Roswell Road
Atlanta, GA 30342


General Linen & Uniform Service
1016 E. Palmer
P.O. Box 02728
Detroit, MI 48202


Georgia Department of Revenue
Tax Pay Services Division
PO Box 740321

Georgia Power
96 Annex
Atlanta, GA 30396


Getty, Cathy
1573 Roadrunner Drive
Roseville, CA 95747


Gilginas, Amy
1137 Canteberry Drive
Yukon, OK 73099


Glenbrooke Community Association
7700 Del Webb Blvd
Elk Grove, CA 95757


Global Payments
PO Box 61370
Chicago, IL 60666


Golden Gate Surgical
901 Mariners Island Blvd
Suite 170
San Mateo, CA 94404


GRAINGER
DEPT. 882797749
Palatine, IL 60038


Graybar Financial Services
22442 Network Place
Chicago, IL 60673


Graziano, Deborah
21 Elder Drive
Commack, NY 11725


GRE 800 BRICKELL, LLP
300 SE 2nd Street
Fort Lauderdale, FL 33301


GRE 800 Brickell, LP
c/o Stiles Corporation
301 E. Las Olas Blvd. 5th Fl
Fort Lauderdale, FL 33301

Greenville County Tax Collector
Department 390
PO Box 100221
Columbia, SC 29202


Gregory Knoche Locksmith
52632 Forest Hill
New Baltimore, MI 48047


Grid4 Communications, Inc.
PO Box 77000
Dept. 77224
Detroit, MI 48277


Grigori & Family Enterprse, Inc.
12004 Joseph Campau
Hamtramck, MI 48212


Grubb & Ellis Realty Investors, LLC
4 Hutton Centre Dr.
Suite 700
Attn: Daniel J. O'Hare
Santa Ana, CA 92707


Gunster Yoakley & Stewart P.A.
777 South Flagler Drive, Suite 500
West Palm Beach, FL 33401


Gutierrez, Olga
9998 Canyon Ranch Rd
Moreno Valley, CA 92557


Hanover Insurance Company c/o
James Green, Esq.
950 17th St, Suite 1050
Denver, CO 80202


Harryman, Diana
1010 Madden Lane #71
Roseville, CA 95661


Hartford  Plastic Surgery Center, P.C.
100 Kirts
Troy, MI 48084

HealthFirst
Dept CH 14330
Palatine, IL 60055

Heinz, Erik
490 Estudillo Ave
Apt #6
San Leandro, CA 94577

Hernandez, Meyling
5621 NE 22nd Ave., #4
Fort Lauderdale, FL 33308

Hill York
PO Box 350155
Fort Lauderdale, FL 33335

HK Surgical, Inc.
1271 Puerta del Sol
San Clemente, CA 92673

Home Pest Control Co.
PO Box 2269
West Columbia, SC 29171

Hormone & Anti-Aging Center of New Mexic
5510 Lomas Blvd NE
Albuquerque, NM 87110

Howell, Kelly
8635 Bluff Point Way
Camby, IN 46113

Hrdlicka, Charles R.

HRMDirect, Inc.
11 Beacon Street
13th Floor
Boston, MA 02108

Hunt Valley Pharmacy
10 Warren Road, Ste 100
Cockeysville, MD 21030

Hurwitz, Dennis
3109 Forbes Avenue
Suite 500
Pittsburgh, PA 15213


IDCSERVCO
P.O. Box 1925
Culver City, CA 90232


Illinois Emergency Management Agency
1035 Outer Park Drive
Springfield, IL 62704


Implantech Associates, Inc.
6025 Nicolle Street
Suite B
Ventura, CA 93003


Independence Again, LLC
Americare
6871 Belfort Oaks Place
Jacksonville, FL 32216


Indianapolis Surgical Associates, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Integrity Electrical Services
16880 Gator Road
Suite 108
Fort Myers, FL 33912


International Plaza Partners, LLC
150 South 5th Street
Suite 1340
Minneapolis, MN 55402


International Plaza Partners, LLC
NW 6402
P.O. Box 1450
Minneapolis, MN 55485


IntraLinks, Inc.
PO Box 392134
Pittsburgh, PA 15251

Inventory Optimization Solutions, LLC
27068 La Paz Road #607
Aliso Viejo, CA 92656


Ironwood Realty Corp.
c/o Santo Golino, Esq.
46 Trinity Place, 1st FL
New York, NY 10006


Ironwood Realty Corporation
Attn: Carola Crowley
635 Madison Ave.
New York, NY 10022


Ironwood Realty Corporation
P.O. Box 787711
Philadelphia, PA 19178


Jackson Lewis P.C.
P.O. Box 416019
Boston, MA 02241


Jacksonville Surgical Group, P.A.
100 Kirts Blvd.
Suite A
Troy, MI 48084


JEA
PO Box 45047
Jacksonville, FL 32232


Jeff Slater
11601 4th St. #2002
Saint Petersburg, FL 33716


Jefferson County Sheriff's Office
PO Box 34570
Louisville, KY 40232


Johnson, Lisa
6617 Crestview Cir
Stockton, CA 95219

JP Morgan Chase Bank
3415 Vision Drive
Columbus, OH 43219


JPMorgan Chase, N.A. c/o
Steven G. Howell, Esq
500 Woodward, Suite 4000
Detroit, MI 48226


Kaiser, Kylene
309 Kelsey Blvd
Charleston, SC 29492


Kansas City Surgical Associates LLC
100 Kirts Blvd.
Suite A
Troy, MI 48084


Karen Smith
c/o Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108


Kay Alexander
c/o Bencoe Lacour Law P.C.
9201 Montgomery Blvd., NE, Ste. 404
Albuquerque, NM 87111


KBSIII Anchor Centre, LLC
Bldg ID: R31140
P.O. Box 6136
Hicksville, NY 11802


Kent Blanch
111 Suddarth St #B
Liberty, MO 64068


KeyWest Lock & Safe
4291 Holland Road, Suite 113
Virginia Beach, VA 23452


Kidner, Suzanne
9409 Kellogg Creek
Mentor, OH 44060

Knight Capital Funding, LLC
9 E. Loockerman Street, Suite 3A-543
Dover, DE 19901


Koch, Judy A.
706 Doe Ridge
Cranberry Twp, PA 16066


Konica Minolta Business Solutions
Dept. Ch 19188
Palatine, IL 60055


Kotz, Sangster, Wysocki and Berg, P.C.
400 Renaissance Center
Suite 3400
Detroit, MI 48243


Kristen Forbes
c/o Lorona Mead
2111 E. Highland Ave., Suite 431
Phoenix, AZ 85016


Kroll Ontrack
PO Box 845823
Dallas, TX 75284


Kropf Service Company
33792 Capitol
Livonia, MI 48150


Lakeside Occupational Medical Centers
P. O. Box 17780
Clearwater, FL 33762


Lakeside Partners Hutton, LLC
4 Hutton Centre Dr.
Suite 330
Santa Ana, CA 92707


Lakeside Partners Hutton, LLC
4 Hutton Centre Drive, Suite 330
Santa Ana, CA 92707

Lanier Parking Solutions
800 Brickell Ave., Suite 101
NY 10559


Las Vegas Surgical Associates
11411 Southern Highlands Pkwy
Suite 180
Las Vegas, NV 89141


Las Vegas Surgical Associates Kent P.C.
11411 Southern Highlands Pkwy
Suite 180
Las Vegas, NV 89141


Laura Loffredo
c/o Martino & Tramontozzi
616 Main Street
Melrose, MA 02176


Law, Linley
3248 Blueberry Hill Place NW
Cleveland, TN 37312


Lee County Tax Collector
P.O. Box 1609
Fort Myers, FL 33902


Lenovo Financial Services
25578 Network Place
Chicago, IL 60673


Liberty Center One
PO Box 249
Royal Oak, MI 48068


Liberty Family Outreach
3800E 11 Mile Rd
Warren, MI 48091


LIFEGAS
24963 Network Pl.
Chicago, IL 60673

Lifesigns Now
2222 La Verna Avenue
Los Angeles, CA 90041


Lifestyle Jacksonville Surgical Goup
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift Florida East, P.A.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift Holding II, Inc.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift Holding, Inc.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift Medical Northeast P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift NC, P.C.
13620 Reese Blvd.
#110
Huntersville, NC 28078


Lifestyle Lift South, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift West, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084

Limelight Networks⬜⬜
32409 Collection Center Drive⬜⬜
Chicago, IL 60693

Lincoln ASB Colorado Center, LLC
Attn: Property Manager
2000 South Colorado Boulevard
Tower One, Suite I-200 Floor
Denver, CO 80222

Lincoln ASB Colorado Center, LLC⬜⬜
PO Box 974714⬜⬜
Dallas, TX 75397

Linda Medford
c/o Craig J. Jensen
7260 Jerusalem Road
Edwardsville, IL 62025

Linda Young
c/o Heather Thuet
15 W. South Temple #800
Salt Lake City, UT 84101

Little Falls Surgical
150 Clove Rd.
Lobby Level
Little Falls, NJ 07424

LL FL
1715 N Westshore Blvd
Suite 190
Tampa, FL 33607

LL FL West
6600 North Andrews Ave.
Suite 555
Fort Lauderdale, FL 33309

LL IL
1100 E Woodfield Rd.
Suite 140
Schaumburg, IL 60173

```
LL MA East
271 Waverly Oaks Rd.
Suite 101
Waltham, MA 02452


LL MO East
8301 Maryland Ave.
Suite 300
Clayton, MO 63105


LL NYC Medical
635 Madison Ave.
18th Floor
New York, NY 10022


LL NYLI Medical
1600 Steward Ave
Suite 108
Westbury, NY 11590


LL PA
610 W. Germantown Pike
Suite 161
Plymouth Meeting, PA 19462


LL TX East
1800 St. James Place
Suite 150
Houston, TX 77056


LL TX West
5005 LBJ Freeway
Suite 170
Dallas, TX 75244


LL TX West, PLLC
5005 LBJ Freeway
Suite 170
Dallas, TX 75244


LL VA
12007 Sunrise Valley Dr.
Suite 100
Reston, VA 20191
```

Loskot, Mindy
878 Bayou View Dr
Brandon, FL 33510

Louisville Metro Revenue Commission
P O Box 35410
Louisville, KY 40232

Lozano, Richard
14817 119th Pl. NE
Kirkland, WA 98034

LSJ Marketing, Inc.
100 Kirts
Troy, MI 48084

Lubin Schwartz & Goldman Inc
2600 S Telegraph Rd
Bloomfield Hills, MI 48302

Lucas Group

Luki Berlin Productions
813 Wilcox Ave, Unit 102
Los Angeles, CA 90038

Lutronic, Inc.
850 Auburn Court
Fremont, CA 94538

MA-New England Executive Park, L.L.C.
c/o Equity Office, Attn: General Counsel
Two North Riverside Plaza
Suite 2100
Chicago, IL 60606

Mabry Brothers, Inc.
5731 Halifax Avenue
Fort Myers, FL 33912

Magness, Gilbert
1717 Terracina Circle
Roseville, CA 95747

Mannem, Srinivasa
36851 Blanchard Blvd
Apt 204
Farmington, MI 48335


Marianne Hernandez-Rutka
c/o Glick Law Grop
225 Broadway, Suite 2100
San Diego, CA 92101


Mark Mitchell c/o
Peter Alter, Esq
27777 Franklin Rd, Suite 2500
Southfield, MI 48034


Master Klean Janitorial Inc
PO Box 22044
Denver, CO 80222


McKesson Specialty Care Distribution
15212 Collections Center Drive
Chicago, IL 60693


McKesson Virginia Beach 4294497
PO Box 933027
Atlanta, GA 31193


McKesson West Palm Beach 3971880
P.O. Box 740215
Cincinnati, OH 45274


McKinnon, Michael
7000 32 Mile Road
Washington, MI 48095


McLamore, Queniece
2454 Vistavia Road
Charleston, SC 29406


McNamara, Ney, Beatty, Slattery, Borges
1211 Newell Avenue
Walnut Creek, CA 94596

McNatt's Cleaners
6210 N. Florida Ave
Tampa, FL 33604

Mechanical Technology
2924 Heron Ridge Drive
Virginia Beach, VA 23456

MEDCO Houston
8319 Thora, #A1
Spring, TX 77379

Medi-Khan, Inc.
12961 Ramon Blvd Suite G
Baldwin Park, CA 91706

Media Horizons Inc., LLC
40 Richards Avenue
Norwalk, CT 06854

Medico Professional Linen
PO Box 4928
Long Beach, CA 90804

MEDIPLAY, Inc.
412 Olive Avenue, Suite 552
Huntington Beach, CA 92648

Medpro Midwest Group
PO Box 4228
Naperville, IL 60567

Mehlinger, Suzy
2200 S. Cypress Bend Dr. #907
Pompano Beach, FL 33069

Memphis Surgical Group P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084

Mentor
15600 Collections Center Dr
Chicago, IL 60693

Merz North America, Inc
PO Box 912073
Denver, CO 80291


Metropolitan MD., SC
2350 Ravine Way
Suite 400
Glenview, IL 60025


Metropolitan Shuttlebus Services
PO Box 251844
West Bloomfield, MI 48325


Miami Surgical Associates
800 Brickell Ave
Suite 1410
Miami, FL 33131


Michael Corrigan, Tax Collector
231 E. Forsyth Street, Suite 300
Jacksonville, FL 32202


Michigan Osteopathic Association
2445 Woodlake Circle
Okemos, MI 48864


Microsoft Corporation
PO Box 73843
Cleveland, OH 44193


Microsoft Licensing, GP
P.O. Box 73843
Cleveland, OH 44193


Midwest Holdings Corporation #14
Trammell Crow Services Inc.
P.O. Box 223202
Pittsburgh, PA 15251


Mike's Tree Surgeon, Inc.
263 Park Street
Troy, MI 48083

Mildred Barnwell c/o
John Juliano, Esq.
39 Doyle Court
East Northport, NY 11731


Miller, Brenda
10434 Century Lane
Lenexa, KS 66215


Minah Oh
2151 Sunset Crest Dr.
Los Angeles, CA 90046


Mindray DS USA, Inc
24312 Network Place
Chicago, IL 60673


Minnesota Surgical Group, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Mint Condition
101 Southwest Pkwy Court, Ste 230
Franklin, TN 37064


ML SPECTRUM PARTNERS, LLC
c/o Trefoil Properties, L.P.
Towamencin Corporate Center
1690 Sumneytown Pike, Suite 240
Lansdale, PA 19446


ML Spectrum Partners, LLC
1690 Sumneytown Pike, Suite 240
Lansdale, PA 19446


Mobile Instrument Service
333 Water Avenue
Bellefontaine, OH 43311


Mount Laurel Fire Department
69 Elbo Lane
Mount Laurel, NJ 08054

MuleSoft, Inc.
77 Geary St., Suite 400
San Francisco, CA 94108


Myra Properties, LLC
4550 Ontario Mills Parkway
Suite 200
Ontario, CA 91764


Nationwide Medical Licensing
3700 N. Harbor City Blvd.
Ste 2A
Melbourne, FL 32935


NB Stiles I LLC
75 State Street, Suite 1410
Boston, MA 02109


NEEP Investors Holdings LLC
P.O. Box 414605
Boston, MA 02241


New Boston Stiles I, LLC
75 State St.
12th Floor
Boston, MA 02109


New Gen Medical Services PC
100 Kirts Blvd
Suite A
Troy, MI 48084


Newtower Trust Company Multi-Employer
Property Trust
c/o Kennedy Associates Real Estate
1215 Fourth Ave, Suite 2400
Seattle, WA 98161


Neyer Linden Point I, LLC
c/o Neyer Management
3927 Brotherton Road
Suite 200
Cincinnati, OH 45209

Neyer Linden Pointe l, LLC
P.O. Box 9037
Cincinnati, OH 45209


NICA
P.O. Box 14567
Tallahassee, FL 32317


Nicor Gas
P O Box 5407
Carol Stream, IL 60197


Nixon SCIEN000 - VA
500 Centerpoint Blvd.
New Castle, DE 19720


Norma Arrendondo et al
c/o Tyler Scheuerman
322 W. Woodlawn Avenue
San Antonio, TX 78212


Northeast Bio-Tech Inc.
454 Main Street
Holden, MA 01520


Northridge 1 - Fastlyne Associates LLC
28400 Northwestern Highway
Southfield, MI 48034


NYC Fire Department
9 Metro Tech Center, 5th Floor
Brooklyn, NY 11201


Oak Hill Commons LLC
1 S. Washington St., Ste 200
Rochester, NY 14614


Oak Hill Commons LLC
c/o Buckingham Properties LLC
1 S. Washington St.
Suite 200
Rochester, NY 14614

Occidental Tower Corporation
5005 LBJ Freeway
Suite 2200
Dallas, TX 75244


Occidental Tower Corporation
P.O. Box 841029
Dallas, TX 75284


Occupational Health Centers - GA
PO Box 82730
Atlanta, GA 30354


Occupational Health Centers - IL
PO Box 369
Lombard, IL 60148


Occupational Health Centers - NC
PO Box 82730
Atlanta, GA 30354


Occupational Health Centers - OH
PO Box 31420
Independence, OH 44131


Office Depot
P.O. Box 633301
Cincinnati, OH 45263


OG&E
PO Box 24990
Oklahoma City, OK 73124


Ohio Surgical Operations Corp
100 Kirts Blvd.
Suite A
Troy, MI 48084


Oklahoma County Treasurer
PO Box 268875
Oklahoma City, OK 73126


Oklahoma Natural Gas Company
PO Box 219296
Kansas City, MO 64121

Ones We Love, Inc.
4630 Campus Drive #200
Newport Beach, CA 92660

Orange County Tax Collector
PO Box 545100
Orlando, FL 32854

Orlando Surgical Associates
151 Southhall Lane
Suite 325
Maitland, FL 32751

P&J
615 South Avenue
Rochester, NY 14620

Pacific Tusk Builders Corp.
1100 Quail Street #213
Newport Beach, CA 92660

Padlan, Melissa
1773 Joplin Lane
Virginia Beach, VA 23464

Paramount Financial Services
PO Box 3704
Seattle, WA 98124

Parking Concepts Inc.
12 Mauchly Building I
Irvine, CA 92618

Parkway SICM, LLC
139 E. Olive Ave.
Monrovia, CA 91016

Patsie and Tom Scott c/o
David Rowell, Esq.
2525 Alluvial Ave, Suite 314
Clovis, CA 93611

Patton Boggs
2550 M Street, NW
Washington, DC 20037

PCA SKIN
6710 E Camelback Road
Ste 230
Scottsdale, AZ 85251


PDP, LLC
c/o Roetzel & Andress, LPA
2320 First Street, Suite 1000
Fort Myers, FL 33901


PDP, LLC
One Parker Center
9001 Daniels Parkway
Suite 200
Fort Myers, FL 33912


PDP, LLC
9001 Daniels Parkway #200
Fort Myers, FL 33912


Pegasus Capital Management
610 Newport Center Dr.
Suite 840
CA 92269


Peritus LLC
15243 Columbus Square
Tustin, CA 92782


Phoenix Surgical Group
2201 East Camelback Rd.
Suite 101A
Phoenix, AZ 85016


Pitney Bowes Global Finacial Services
PO BOX 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250


Plastic & Reconstructive Surgeons, LTD
1130 Highway 315
Wilkes Barre, PA 18702

Precision Medical Equipment Repair, LLC
5939 Bellmeadows Dr
Cincinnati, OH 45224


Preferred Office Network, LLC - Bakersfi
225 Parkway 575, #167
Woodstock, GA 30188


Pressed4Time
2038 Corner School Dr.
Orlando, FL 32820


Principal Life Insurance Company
PO Box 30429
Raleigh, NC 27622


ProAssurance Casualty Company
100 Brookwood Place
Suite 300
Birmingham, AL 35209


Professional Janitorial Service of Houst
2303 Nance Street
Houston, TX 77020


Profiles International, Inc.
4515 Lake Shore Drive
Waco, TX 76710


Promax Moving LLC
P.O. Box 995
New Port Richey, FL 34652


Protection One
PO Box 219044
Kansas City, MO 64121


Pruzan Medical Equipment Service Corp.
305 First Street
East Northport, NY 11731


PSNC Energy
PO Box 100256
Columbia, SC 29202

Publicom
333 Albert Avenue Suite 400
East Lansing, MI 48823


QMI Group, Inc
1645 East Avis Dr
Madison Heights, MI 48071


Quest Diagnostics - Chicago
5763 Collectns Ctr Dr
Chicago, IL 60693


Quest Diagnostics - LA, CA
PO Box 50368
Los Angeles, CA 90074


Quest Diagnostics - OH
PO Box 740775
Cincinnati, OH 45274


Quick Catch
12627 San Jose Blvd #205
Jacksonville, FL 32223


Realty Associates Fund VIII, LP
P.O. Box 202890
Dallas, TX 75320


Recon Management Group, Inc.
30400 Telegraph Road, Suite 472
Bingham Farms, MI 48025


Redmed Company, Inc.
9330 Jersey Blvd
Rancho Cucamonga, CA 91730


Regional Income Tax Agency
PO Box 94951
Cleveland, OH 44101-4951


Regus Management Group - East Berlin
P.O. Box 842456
Dallas, TX 75284

Regus Management Group LLC - Birmingham
One Perimeter Park South
Suite 100N
Birmingham, AL 35243


Regus Management Group LLC - Milwaukee
200 South Executive Drive, Suite 101
Brookfield, WI 53005


Regus Management Group LLC - Portland
10260 SW Greenburg Road 4th Floor
Portland, OR 97223


Regus Management Group LLC-Austin
6500 River Place Blvd
Building 7, Suite 250
Austin, TX 78730


Regus Management Group, LLC - Richmond
6802 Paragon Place
Suite 410
Richmond, VA 23230


Regus Management Group, LLC-Columbia
1320 Main Street
Suite 300
Columbia, SC 29201


Regus Management Group, LLC-Knoxville
200 Prosperity Drive
Knoxville, TN 37923


Regus Management Group, LLC-Tampa
P.O. Box 842456
Dallas, TX 75284


Republic Parking System, Inc.
1888 Sherman St., Suite 330
Denver, CO 80203


Republic Services
PO Box 78829
Phoenix, AZ 85062

RG&E
PO Box 847813
Boston, MA 02284


Rice, Kathryn
1497 Carroll St
#45
Brooklyn, NY 11213


Richardson Technologies Inc.
PO Box 1236
Temecula, CA 92593


Richland County Treasurer
PO Box 8028
Columbia, SC 29202


Ricoh Americas - Lease
P.O. Box 6434
Carol Stream, IL 60197


Ricoh USA, Inc - Chicago
PO Box 802815
Chicago, IL 60680


Riley, Judy
1255 N Post Oak Rd., #1203
Houston, TX 77055


RMA Productions
21910 Englehardt
Saint Clair Shores, MI 48080


Robert Half International
12400 Collections Center Drive
Chicago, IL 60693


Robert Half Technology
12400 Collections Center Dr
Chicago, IL 60693


Robert J. Spitz
Law Office of Robert J. Spitz
204 N. San Antonio
Ontario, CA 91762

Robinson, Karen
148 Autumn Falls Drive
Clover, SC 29710


ROIF Bridgewater, LLC
300 E. Coffee St.
Greenville, SC 29601


Rondeau Resources, LLC
c/o Larry Rondeau
20 Blissdale Avenue
Cumberland, RI 02864


Roseville Chamber of Commerce
650 douglas Blvd.
MO 65678


Ross, Dan
62666 Crickethollow Dr
Riverview, FL 33578


Roto-Rooter
195 Mason Circle
Concord, CA 94520


Roy Stoller c/o
Frank Gerolamo, Esq
121 S. Broad Street
Philadelphia, PA 19107


S&K Medical Transcription
1707 North High Country Drive
Orem, UT 84097


Sacramento Plastic Surgery Center
100 Kirts Blvd.
Suite A
Troy, MI 48084


Salley, William
724 Savin Ave
Apt D6
West Haven, CT 06516

San Antonio Surgical Group, PLLC
100 Kirts Blvd.
Suite A
Troy, MI 48084


San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799


Sandra Honeycutt
c/o Madelbaum & Fitzsimmons & Hewitt, PC
P.O. Box 3373
Tampa, FL 33601


Santa Ana Surgical Center
4 Hutton Centre Drive
Suite 350
Santa Ana, CA 92707


Santee Chamber of Commerce
10315 MIssion Gorge Road
Santee, CA 92071


SCE&G
PO Box 100255
Columbia, SC 29202


Schafer and Weiner, PLLC
40950 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304


Scientific Image Center Properties, Inc.
100 Kirts
Troy, MI 48084


Scientific Image Center Staffing, Inc.
100 Kirts Blvd., Suite A
Troy, MI 48084


Scientific Image Center Staffing, Inc.
100 Kirts
Troy, MI 48084

Scribe Software Corporation
1750 Elm Street Suite 200
Manchester, NH 03104


SDC 7
One Annabel Lane, Suite 201
San Ramon, CA 94583


SDC7
P.O. Box 640
San Ramon, CA 94583


SDCO Rio  San Diego Plaza II, Inc.
10105 Pacific Heights Blvd.
Suite 120
San Diego, CA 92121


SDCO Rio San Diego Plaza II, Inc.
Rio San Diego Plaza II
P.O. Box 6234
Hicksville, NY 11802


Sean Kane c/o
Colleen Burke, Esq.
4000 Town Center, Suite 909
Southfield, MI 48075


Seattle Plastic Surgery
701 Pike Street
Suite 1025
Seattle, WA 98101


Security Public Storage
2071 Camino Ramon
San Ramon, CA 94583


Sharon Andrew c/o
Heather Thuet, Esq
15 West South Temple, Suite 800
Salt Lake City, UT 84101


Sharon Gruber
c/o Diez-Arguelles & Tejedor, P.A.
505 N. Mills Avenue
Orlando, FL 32803

Shelby County Trustee
PO Box 2751
Memphis, TN 38101


Shield's Restaurant - Troy
1476 W. Maple Rd.
Troy, MI 48084


Shorecliffs Investments, LLC
C/O Endura Advisory Group
200 Concord Plaza, Suite 510
San Antonio, TX 78216


Shred-it USA
23166 Network Place
Chicago, IL 60673


Shulman, Jerry
9300 Lake Forest Court South
College Station, TX 77845


Shumate Mechanical, LLC
2805 Premiere Parkway
Duluth, GA 30097


Signature Pest Control
11955 Jack Benny Drive
Rancho Cucamonga, CA 91739


Sisk, Valari Kim
333 Atwells Ave #309
Providence, RI 02903


Sliva Travel Service
100 W Big Beaver
Suite 180
Troy, MI 48084


Smithson, Nicolette
232 Lena Ave
Freeport, NY 11520


Southern Edge Pest Control
PO Box 12864
Las Vegas, NV 89112

Southern Highlands Corporate Center, LLC
11411 Southern Highlands Parkway
Suite 300
Las Vegas, NV 89141


Spaeth Communications, Inc.
3405 Oak Grove Avenue
Dallas, TX 75204


SPBS Medical Equipment Sales & Service
4315 Ironton Avenue, Suite C
Lubbock, TX 79407


Spectrum Properties
13801 Reese Blvd., Suite 300
Huntersville, NC 28078


Spectrus LLC
Attn: G. Peyton Neatrour
1201 First Colonial Road
Virginia Beach, VA 23454


Spectrus, LLC
1201 First Colonial Road
Virginia Beach, VA 23454


Sprint 926309273
PO Box 219100
Kansas City, MO 64121


St. Louis Medical Operations, Inc.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Staffeld, Doug
16365 Sanctuary
East Lansing, MI 48823


Stanley Convergent Security Solutions
Dept Ch 10651
Palatine, IL 60055

Staples Advantage
Department DET
P.O. Box 83689
Chicago, IL 60696


State Insurance Fund
PO Box 5239
New York, NY 10008


Statt, Ashley
2037 Scally Ct
Concord, CA 94518


Stephanie Nesbitt c/o
Gregory Bellantone, Esq.
445 Broad Hollow Rd, Suite 25
Melville, NY 11747


Stephen Pyles
c/o Troutman, Williams, Irvin, Green, He
Polich & Hemphill, P.A.
311 West Fairbanks Avenue
Winter Park, FL 32789


Stericycle, Inc.
4010 Commercial Ave
Northbrook, IL 60062


Steve Schwartz
1316 N. Topanga Cyn Blvd
Topanga, CA 90290


Stone Point Associates LLC
1508 Eureka Rd.
Suite 130
Roseville, CA 95661


Stone Point Properties LLC
c/o Citadel Equities Group
1508 Eureka Road
Roseville, CA 95661


Stryker Sales Corporation
P.O. Box 93308
Chicago, IL 60673

Surgical Specialties Corporation
PO Box 823444
Philadelphia, PA 19182


Surgical Suite LLC
1700 California St
Suite 500
San Francisco, CA 94109


Susan Rafferty c/o
Allan Tabor, Esq.
11 Embarcadero West, Suite 130
Oakland, CA 94607


Tacoma Biomedical Inc.
5817 44th Ave E
Tacoma, WA 98443


Tangipahoa Parish Sheriff
P.O. Box 942
Amite, LA 70422


Tax Assessor - Houston
Tax Assessor-Collector
PO Box 4622
Houston, TX 77210


Tax Collector, City of Norwalk, CT
125 East Avenue
Norwalk, CT 06851


Tax Collector-Palm Beach County
PO Box 3353
West Palm Beach, FL 33402


Ten 10 Studio
2900 Orchard Lake Rd
Suite 6
Keego Harbor, MI 48320


Terkelsen, Lorri
1616 McGee
Carrollton, TX 75010

Texas Dept. of State Health Services
Lockbox - Laser and Laesr Services
Po Box 12190
Austin, TX 78711


The Bradley Co.
26777 Central Park Blvd.
Suite 180
Southfield, MI 48076


The Realty ASsociates Fund VIII, LP
c/o Greenspoon Marder, PA
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301


The Realty Associates Fund VIII, LP
c/o TA Associates Realty
28 State Street
Attn: Alan Brand
Boston, MA 02109


Theta Holding Company, L.P.
150 Clove Road
Little Falls, NJ 07424


Theta Holding Company
PO Box 200052
Pittsburgh, PA 15251


THF 8251 Maryland Development, L.L.C.
Attn: General Counsel
2127 Innerbelt Business Center Drive
Suite 200
Saint Louis, MO 63114


THF Realty
2127 Innerbelt Business Center Drive
Suite 200
Saint Louis, MO 63114


Time Warner Cable 10303 112502601 9001
PO Box 1060
Carol Stream, IL 60132

Timothy Flaherty
Morris Polich & Purdy, LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111


TIP Capital
40950 Woodward Avenue, Suite 201
Bloomfield Hills, MI 48304


TIP Capital
JPMorgan Chase Bank
Department 781222
PO Box 78000
Detroit, MI 48278


TM Group, Inc.
27555 Executive Drive
Suite 100
Farmington, MI 48331


Torres, Eleanor
3435 Trophy Drive
La Mesa, CA 91941


Total Cleaners Inc.
44710 Cape Ct #136
Ashburn, VA 20147


Township of Little Falls
Bureau of Fire Prevention
225 Main Street
Little Falls, NJ 07424


Travis County Tax Office
P OBox 149328
Austin, TX 78714


Truley Nolen Pest Control - Tampa
4842 N Florida Ave., 2nd Floor
Tampa, FL 33603


Tulip Medical Products
PO Box 7368
San Diego, CA 92167

Twin CIties Occupational Heath, PC
3300 County Road 10
Suite 100


U.S. Healthworks Medical Group of GA
P.O. Box 404477
Atlanta, GA 30384


U.S. HealthWorks
PO Box 50042
Los Angeles, CA 90074


Ulthera, Inc.
1840 S Stapley Drive #200
Mesa, AZ 85204


Unify Inc.
PO Box 99076
Chicago, IL 60693


UPS - PA
P.O. Box 7247-0244
Philadelphia, PA 19170


US Signal
201 Ionia Ave SW
Grand Rapids, MI 49503


Vagotis, Francine L
770 Kenmoor Ave., SE, #301
Grand Rapids, MI 49546


Variant Capital Advisors, LLC
401 S. Old Woodward Avenue, Suite 340
Birmingham, MI 48009


Vectren Energy Delivery
PO Box 6248
Indianapolis, IN 46206


Verizon 986845006-00003
P.O. Box 15062
Albany, NY 12212

Vineyards at Marsh Creek Owners Associat
1700 Trilogy Parkway
Brentwood, CA 94513


Vision Information Techonologies
3031 W. Grand Blvd., Suite 600
Detroit, MI 48202


Vision Technologies
P.O. Box 64240
Baltimore, MD 21264


Walters Levine Klingensmith & Thomison
1819 Main Street, Suite 1110
Sarasota, FL 34236


Washington, Governor (Gio)
626 S. Tonapah Dr.
Suite 301
Las Vegas, NV 89106


Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd.
Suite 200
Independence, OH 44131


Weiler, Jonathan
42078 Veterans Avenue
Suite H
Hammond, LA 70403


Well Beyond 55, LLC
P.O. Box 1134
Melville, NY 11747


Wells Fargo
P.O. Box 6434
Carol Stream, IL 60197


Wells Fargo
PO Box 6426
Carol Stream, IL 60197

Werner, Carole
3 Edgewood Road
Windham, NH 03087


Williams, Glenn Blake Dr.
Ear Nose and Throat Group, Inc.
5625 Poplar Avenue
Memphis, TN 38119


Willie Johnson
c/o Malove Henratty, P.A.
14 Rose Drive
Fort Lauderdale, FL 33316


Willis of Michigan, Inc.
P.O. Box 416719
Boston, MA 02241


Wilson, Emma
2032 Renaissance Park PL
Cary, NC 27513


WLA UPU-1 AND 2, LLC
c/o NuTerra Realty
6925 Union Park Center
Suite 500
Cottonwood Heights, UT 84047


Woodland Downers Grove, LLC
2262 Lake cook Road, Suite A
Deerfield, IL 60015


Woodland Downers Grove, LLC
c/o Janko Asset Management
1650 Lake Cook Road, Suite 130
Deerfield, IL 60015


World Wide Express
3000 Town Center
Suite 2555
Southfield, MI 48075

Yellowstone Capital, LLC
c/o Pless Law Firm
600 Seventeenth Street
Suite 2800 South
Denver, CO 80202


Yokley, Teresa
P.O. Box 30097
Knoxville, TN 37930


Yost, Melissa
38A 8th Street
Hermosa Beach, CA 90254


Zarankin, Barbara


Zones, Inc.
P.O. Box 34740
Seattle, WA 98124